UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LYNETTE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-1922** |
| **NATIONAL CONSTRUCTION RENTALS, INC.** | **SECTION: "K"(2)** |

### ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 6 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside. All further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this   25th   day of June, 2007.

```
                    _____
                         STANWOOD R. DUVAL, JR.
                       UNITED STATES DISTRICT JUDGE
```

____Fee_____
____Process_____
____Docket_____
____CtRm Dep_____
____Document No._____